IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SHEROD DOYLE SPRADLEN,<br>　*Plaintiff,* | §<br>§<br>§ |
| V. | §　NO.  MO:18-CV-00135 DC<br>§ |
| PACCAR, INC. D/B/A PETERBILT<br>MOTORS COMPANY.,<br>　*Defendant.* | §<br>§<br>§ |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 27) filed October 8, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 9th day of October, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DAVID COUNTS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE